John M. Brownell, M. M. Morrison, J. M. Minger, S. F. Moore and W. M. Cooey, Plaintiffs in Error, v. C. W. Hagerman, A. D. McKinnon and J. M. Crigler, co-partners under the firm name and style of Hagerman, McKinnon & Company, Defendants in Error.

## Division A.

Writ of error to Circuit Court, Holmes county; Evelyn C. Maxwell, Judge.

Daniel Campbell for plaintiffs in error.

Benj. S. Liddon for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error.  There was judgment for the defendants, and the plaintiffs take writ of error.  The judgment is affirmed.

Decision *Per Curiam.*